IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01548-NRN

YAN DAMRON, a/k/a Amy Damron, individually, and
THE RENAISSANCE SOLUTIONS, INC., a Colorado Corporation,

    Plaintiffs,

v.

CHIAO CREWS, individually,
ERNIE CREWS, individually, and
ALPINE ATLANTIC, LLC, a Florida Corporation,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Notice of Acceptance of Offer of Judgment Pursuant to F.R.C.P. 68, filed July 3, 2019, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of plaintiffs, Yan Damron, a/k/a Amy Damron, individually, and The Renaissance Solutions, Inc., a Colorado Corporation, and against defendants, Chiao Crews, individually, Ernie Crews, individually, and Alpine Atlantic, LLC, a Florida Corporation, in the total amount of $43,394.00, which is made as to all claims and causes of action in the above-styled case, inclusive of all damages, costs, and attorney's fees incurred to date and otherwise recoverable by the Plaintiffs Amy Damron and RSI.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $43,394.00 at the current rate of 1.94%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

DATED at Denver, Colorado this 10th day of July, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk